UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS - FORT WORTH DIVISION

| | |
|---|---|
| JOSEPH FRIEDHEIM, <br> IASMIN FRIEDHEIM, and <br> JF SOLUTIONS LTD., <br>    *Plaintiffs/Counter-Defendants* <br><br> v. <br><br> THOMAS HOEBER and <br>    *Defendants/Counter-Plaintiffs* <br> HÖEBER MEDIA, LLC, <br>    *Intervenor* | Civil Action No. 4:20-cv-335 |

## ORDER GRANTING AGREED MOTION TO EXTEND TIME TO RESPOND

CAME BEFORE THE COURT on this day the *Agreed Motion to Extend Time to Respond to Intervenor's Original Petition* (ECF No. 16, or "Motion"). Having considered the Motion, the pleadings on file, and noting that the Motion is agreed to by all named parties and their counsel, this Court **FINDS** that it is well-taken, should be, and herein is **GRANTED.**

**IT IS THEREFORE ORDERED** that Plaintiffs/Counter-defendants JF Solutions, Joe Friedheim, and Iasmin Friedheim shall file their Answer to *Intervenor's Original Complaint* (ECF No. 11) and their Second Amended Petition including counterclaims against Intervenor Höeber Media, LLC not later than August 10, 2020.

**IT IS FURTHER ORDERED** that neither Defendant/Counter-Plaintiff Thomas Hoeber nor Intervenor Höeber Media, LLC need respond to the First Amended Complaint filed by Plaintiffs/Counter-defendants on July 16, 2020 (ECF No. 12) but may wait for and respond to the Second Amended Complaint described in this order.

SO ORDERED this ___ day of July, 2020.

                                                                   **JUDGE PRESIDING**