IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSEPH FRIEDHEIM, IASMIN FRIEDHEIM, and JF SOLUTIONS, LTD., | § § § § | |
| Plaintiffs/Counter-Defendants, | § § | |
| v. | § § | Civil Action No. 4:20-cv-00335-O |
| THOMAS HOEBER, | § § § | |
| Defendant, | § § | |
| HÖEBER MEDIA, LLC, | § § § | |
| Defendant/Intervenor-Plaintiff. | § | |

## ORDER

Before the Court is Plaintiffs' Motion to Amend the Scheduling Order to Eliminate Court-Ordered Mediation (ECF No. 29), filed February 4, 2021. In the Motion, Plaintiffs request an elimination to the mediation requirement, to which Defendant is opposed. *See* Pl.'s Mot. 1, ECF No. 29. Alternatively, Plaintiffs request a postponement of the mediation deadline to allow the full conduct of discovery, without which they claim mediation would be futile. *See id.* at 2. To this alternative request, Defendant is agreed. *See id.* Cert. of Conference. Having considered the Motion, the Court finds that it should be and is hereby **GRANTED in part** and **DENIED in part**.

Accordingly, the Court amends the current mediation deadline and **ORDERS** the parties to complete mediation in this case **on or before July 31, 2021**.

**SO ORDERED** on this **5th day** of **February 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE