UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS - FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSEPH FRIEDHEIM, | § | |
| IASMIN FRIEDHEIM, and | § | |
| JF SOLUTIONS LTD., | § | |
|    *Plaintiffs/Counter-Defendants* | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-335 |
| | § | |
| THOMAS HOEBER and | § | |
|    *Defendants/Counter-Plaintiffs* | § | |
| HÖEBER MEDIA, LLC, | § | |
|    *Defendant/Intervenor* | § | |

# PLAINTIFFS' AMENDED CERTIFICATE OF SERVICE

This is filed to amend the certificate of service on *Plaintiffs Joseph Friedheim, Iasmin Friedheim, and JF Solutions LTD. Responses to Höeber Media, LLC's Third Set of Request for Admissions* ("Admissions").

Plaintiffs served their Admissions (attached hereto as Exhibit A) on March 11, 2021. Service was effected by depositing the Admissions in a dropbox folder set up by counsel for Höeber Media, LLC ("Hoeber").

The certificate of service on the Admissions originally listed the method of service as email. That statement was incorrect. In a previous transfer of production, the parties established use of a Dropbox used to transfer documents. The response to the requested admissions was provided to opposing counsel to that same Dropbox. The certificate of service was left unchanged in error, making this Amended Certificate of Service necessary.

Respectfully submitted,

/s/ Warren V. Norred
Warren V. Norred
NORRED LAW, PLLC
State Bar No. 24045094
515 E. Border Street
Arlington, TX 76010
wnorred@norredlaw.com
O: 817-704-3984 / F: 817-524-6686
**Attorney for Plaintiffs**

**CERTIFICATE OF SERVICE** – I hereby certify that on April 9, 2021, I served this document to Brian Casper, Counsel for Defendant Thomas Hoeber and Intervenor Hoeber Media, LLC, via the Court's e-filing system.

/s/ Warren V. Norred
Warren V. Norred