IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSEPH FRIEDHEIM, IASMIN FRIEDHEIM, and JF SOLUTIONS, LTD., | § § § § | |
| Plaintiffs/Counter-Defendants, | § § | |
| v. | § § | Civil Action No. 4:20-cv-0335-O |
| THOMAS HOEBER, | § § § | |
| Defendant, | § § | |
| HÖEBER MEDIA, LLC, | § § § | |
| Defendant/Intervenor-Plaintiff. | § | |

# ORDER

Before the Court is Plaintiffs' Motion for Protective Order (ECF No. 33), filed April 15, 2021; and Defendants' Response (ECF No. 35); filed April 21, 2021. In the Motion, Plaintiffs seek a protective order to strike Defendants' notice of deposition of Iasmin Freidheim for April 28, 2021, and order the deposition to be rescheduled. *See* Mot. 4, ECF No. 33. Having considered the briefing, relevant facts, and applicable law, and good cause having been shown, the Court finds that the Motion should be and is **GRANTED in part** and **DENIED in part**. The parties are **ORDERED** to conduct the deposition of Iasmin Friedheim **by May 7, 2021**. The deadline for completion of discovery in this case is extended to **May 14, 2021**. *See* Scheduling Order, ECF No. 15. Failure to comply with the Court's Order and future deadlines in this case may result in sanctions against the offending party or its counsel.

**SO ORDERED** this **22nd day** of **April 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE