UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS - FORT WORTH DIVISION

| | |
|---|---|
| **JOSEPH FRIEDHEIM,** § | |
| **IASMIN FRIEDHEIM, and** § | |
| **J.F. SOLUTIONS LTD.,** § | |
| *Plaintiffs/Counter-Defendants* § | |
| **v.** § | |
| § | **Civil Action No. 4:20-cv-335** |
| **THOMAS HOEBER, and** § | |
| *Defendant/Counter-Plaintiffs* § | |
| **HÖEBER MEDIA, LLC,** § | |
| *Defendant/Intervenor* § | |

## PLAINTIFFS' PRETRIAL DISCLOSURES

Plaintiffs Joseph Friedheim, Iasmin Friedheim, and JF Solutions LTD ("Plaintiffs") file and serve these, their pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3)(A)–(B).

Plaintiffs reserve the right to amend or supplement these disclosures as appropriate. Plaintiffs may also ask the Court to consider complete documents or expand deposition testimony too narrowly tailored.

Respectfully Submitted,

Norred Law, PLLC
*/s/ Warren V. Norred*
Warren V. Norred, Texas Bar No. 24045094
wnorred@norredlaw.com
515 E. Border Street; Arlington, Texas 76010
Tel. (817) 704-3984; Fax. (817) 524-6686
Attorney for Defendant and Intervenor

**CERTIFICATE OF SERVICE** - I certify that on August 18, 2021, this document was served on Brian Casper, counsel for Thomas Hoeber and Höeber Media, LLC via ECF.

/s/Warren V. Norred
Warren V. Norred

## **WITNESSES LIST**

Plaintiffs expect to call all named parties as listed in the caption of this case, all of whom may be reached through the mailing address and phone numbers of their counsel of record and are expected to give testimony at trial.

In addition, Plaintiff may present the following witnesses:

1. **Minez Cassamo Velgi** (a.k.a. Kini Cassamo)
   Mailing address: CL Pamplona, 5, 006° B, 20008 – Donostia-San Sebastian, Donostia / San Sebastian (Gipuzkoa).
   Phone number: (+011) 346 535 735 63

2. **Nuno Manuel Valente Rodriguez Maldonado Tuna** (a.k.a. Nuno Tuna)
   Mailing address: Mailing address is unknown, witness resides in Lisbon, Portugal.
   Phone number: Unknown.

3. **Warren V. Norred**, the undersigned, as Plaintiffs' Counsel

If the need arises, Plaintiffs may also call:

4. **Marina Duarte Brás**
   Mailing address: Estrada Nacional 114 nº21-A, 2510-425 Amoreira – Óbidos, Portugal
   Phone number: (+351) 262 969 479

5. **Luis Alfonso Fidalgo**
   Mailing address: Praceta Jose Luis Rufino, N11, 2560-254 Torres Vedras, Portugal
   Phone number: (+351) 261 099 545

6. **Francisco Miguel Farinha**
   Mailing address: Praceta Jose Luis Rufino, N11, 2560-254 Torres Vedras, Portugal
   Phone number: (+351) 261 099 545

## EXHIBIT LIST

Plaintiffs expect to offer the following documents as exhibits during trial:

**Hoeber production:**

| Bates/Exhibit No. | Description | Objection | Admitted |
|---|---|---|---|
| HOEBER_7 | May 14, 2019 email between Hoeber and Nuno Tuna re label project | | |
| HOEBER_10–14 | May 5, 2019 Agreement between Hoeber Media and Nuno Tuna | | |
| HOEBER_77–82 | July 16, 2019 Hoeber copyright registration | | |
| HOEBER_88 | May 16, 2016 email between Hoeber and Iasmin Friedheim re Final art | | |
| HOEBER_112–14 | May 20, 2016 email between Iasmin Friedheim and Nuno Tuna re How are you doing? | | |
| HOEBER_117–20 | May 20, 2016 email between Iasmin Friedheim and Tuna | | |
| HOEBER_154–59 | May–June 2016 Emails between Hoeber and Nuno Tuna re JFS graphic materials | | |
| HOEBER_421 | August 21, 2016 email from Hoeber to Joe Friedheim | | |
| HOEBER_425 | August 29, 2016 email between Hoeber to Joe Friedheim re Applications | | |
| HOEBER_470–72 | October 6, 2016 email between Hoeber and Friedheims re Payment Schedule | | |
| HOEBER_517–518 | Nov. 2016 email exchange between Thomas Hoeber and Iasmin Friedheim re About your text | | |
| HOEBER_580 | January 5, 2019 email from Hoeber to Joe Friedheim re Last email about your payment | | |
| HOEBER_587–88 | June 25, 2018 email from Hoeber to Joe Friedheim re Marketing List of Priorities for Review | | |
| HOEBER_591–92 | July 15, 2018 email and invoice from Hoeber to Joe Friedheim | | |
| HOEBER_680 | Aug 10, 2018 email from Hoeber to Joe and Iasmin Friedheim re invoices from Hoeber media | | |

| HOEBER_699 | September 18, 2018 from Hoeber to Iasmin Friedheim re 9/18/18 Workload Outcome | | |
|---|---|---|---|
| HOEBER_790–91 | December 2018 emails between Joe Friedheim and Hoeber re Moving on Transition | | |
| HOEBER_800–01 | January 4, 2019 email from Hoeber to Joe and Iasmin Friedheim re Resolution | | |
| HOEBER_804 | February 14, 2019 email from Thomas Hoeber to Joe and Iasmin Friedheim re Settlement Discussion | | |
| HOEBER_908 | February 11, 2019 from Thomas Hoeber to Joe Friedheim re Website services | | |
| HOEBER_909–10 | December 2018 emails between Joe Friedheim and Thomas Hoeber re Moving on Transition | | |
| HOEBER_1546–58 | October 23, 2016 invoices from Hoeber Media to JFS | | |
| HOEBER_1829–30 | June 3, 2019 Copyright assignment from Thomas Hoeber to Hoeber Media | | |

**JF Solutions Production and Filings:**

| Bates/Exhibit No. | Description | Objection | Admitted |
|---|---|---|---|
| JFS 100023–25 | Quote from Nuno Tuna to JFS | | |
| JFS 100057-60 | March 2016 text thread between Iasmin Friedheim and Kini Cssamo re copyright materials | | |
| JFS 100055 | May 24, 2016 email from Kini Cassamo to Joe and Iasmin Friedheim re Ginja Bottles - Still need correct Files | | |
| JFS 100061 | U.S. Registration of JFS copyright materials | | |
| JFS 100062-67 | U.S. Certificate of Registration of JFS copyright materials | | |
| JFS 100069-99 | JFS Disputed copyright materials | | |
| JFS 100168-266 | JFS promotional materials | | |
| JFS 30001-3 | May 19, 2016 Portuguese Copyright Registration Receipt | | |
| JFS-30004-6 | Assignment of rights in copyright from Kini Cassamo to JFS | | |
| JFS 300007-9 | Declaration of Kini Cassamo | | |
| 3rd Amended Complaint Ex. A | Cancelled Checks | | |
| 3rd Amended Complaint Ex. G | August 28, 2015 Fruitobidos Trademark Registration | | |
| Plaintiff's Response and Obj. to Hoeber MSJ Ex A | Declaration of Marina Duarte Bras | | |
| Plaintiff's Response and Obj. to Hoeber MSJ Ex. B | Declaration of Luis Afonso Fidalgo | | |
| Plaintiff's Response and Obj. to Hoeber MSJ Ex. C | Declaration of Nuno Tuna | | |
| Plaintiff's Att'y Fee Invoices | Plaintiff will provide a full time/task listing of fees concurrent with the exchange of exhibits | | |