# EXHIBIT D

## Table of Contents

**Subject Summary** ............................................................................................................ 2
**Others Using SSN - 0 records found** ............................................................................. 2
**Address Summary - 10 records found** ......................................................................... 2
**Voter Registrations - 0 records found** .......................................................................... 5
**Driver Licenses - 3 records found** ................................................................................. 5
**Professional Licenses - 0 records found** ...................................................................... 6
**Health Care Providers - 0 records found** ..................................................................... 6
**Health Care Sanctions - 0 records found** ..................................................................... 6
**Pilot Licenses - 0 records found** .................................................................................... 6
**Sport Licenses - 0 records found** .................................................................................. 6
**Weapon Permits - 0 records found** ............................................................................... 6
**Real Property - 0 records found** .................................................................................... 6
**Motor Vehicle Registrations - 2 records found** ............................................................ 6
**Boats - 0 records found** .................................................................................................. 7
**Aircraft - 0 records found** ............................................................................................... 7
**Bankruptcy Information - 0 records found** .................................................................. 7
**Judgments/Liens - 0 records found** .............................................................................. 7
**UCC Liens - 0 records found** ......................................................................................... 7
**Fictitious Businesses - 0 records found** ...................................................................... 7
**Notice Of Defaults - 0 records found** ............................................................................ 7
**Potential Relatives - 0 records found** ........................................................................... 7
**Business Associates - 0 records found** ....................................................................... 7
**Person Associates - 2 records found** ........................................................................... 7
**Neighbors - 5 records found** .......................................................................................... 8
**Employment Locator - 0 records found** ....................................................................... 8
**Criminal Filings - 6 records found** ................................................................................ 8
**Sexual Offenders - 0 records found** ............................................................................ 11
**Cellular & Alternate Phones - 0 records found** .......................................................... 11
**Utility Information - 0 records found** .......................................................................... 11
**Possible Education - 1 records found** ........................................................................ 11
**Sources - 30 records found** ......................................................................................... 12



**1 OF 1 RECORD(S)**

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2021 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

Date:8/17/2021
Report processed by:
Klemchuk LLP

| Full Name | Address | County | Phone |
|---|---|---|---|
| VELGI, MINEZ CASSAMO | ▮ | DALLAS | None Listed |

**ADDITIONAL PERSONAL INFORMATION**

| SSN | DOB | Gender | LexID(sm) | Email |
|---|---|---|---|---|
| ▮ | ▮ (Age:49) | | 000396206756 | None Listed |

**Subject Summary**

**Name Variations**
1:   CASSAMO VELGI, MINEZ
2:   VELGI, CASSAMO MINEZ
3:   VELGI, MINEZ
4:   VELGI, MINEZ C
5:   VELGI, MINEZ CASSAMO
6:   VELSI, MINEZ C

**SSNs Summary**

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| | | Most frequent SSN attributed to subject: | | |
| 1: | ▮ | Texas | 1991-1992 | |

**DOBs**
**Reported DOBs:**
▮
▮
▮

**Others Using SSN - 0 records found**
**Address Summary - 10 records found**

| No. | Address |
|---|---|
| 1: | ▮ |
| 2: | ▮ |
| 3: | ▮ |

| No. | Address |
|---|---|
| 4: | ▇▇▇▇▇▇▇▇ |



**Address Details**

**1:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

| Address | Dates | Phone |
|---|---|---|
| ▇▇▇▇▇▇▇▇ | 10/1998 - 4/2006 | |

**Census Data for Geographical Region**
Median Head of Household Age: 28
Median Income: $41,235
Median Home Value: $0
Median Education: 15 years
**Household Members**
None Listed
**Other Associates**
None Listed

**2:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

| Address | Dates | Phone |
|---|---|---|
| ▇▇▇▇▇▇▇▇ | 4/2001 - 10/2006 | |

**Census Data for Geographical Region**
Median Head of Household Age: 30
Median Income: $43,400
Median Home Value: $103,289
Median Education: 14 years
**Household Members**
None Listed
**Other Associates**
None Listed

**3:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

| **Address** | **Dates** | **Phone** |
|---|---|---|
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 8/1997 - 6/2002 | |

**Census Data for Geographical Region**
Median Head of Household Age: 46
Median Income: $103,343
Median Home Value: $193,519
Median Education: 15 years
**Household Members**
None Listed
**Other Associates**
None Listed

**4:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

| **Address** | **Dates** | **Phone** |
|---|---|---|
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 8/1999 - 8/1999 | |

**Household Members**
None Listed
**Other Associates**
None Listed

**5:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

| **Address** | **Dates** | **Phone** |
|---|---|---|
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 1/1998 - 1/1999 | |

**Census Data for Geographical Region**
Median Head of Household Age: 31
Median Income: $54,405
Median Home Value: $140,412
Median Education: 13 years
**Household Members**
None Listed
**Other Associates**
None Listed

**6:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

| **Address** | **Dates** | **Phone** |
|---|---|---|
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 3/1998 - 3/1998 | |

**Census Data for Geographical Region**
Median Income: $0
Median Home Value: $0
Median Education: 0 years
**Household Members**
None Listed
**Other Associates**
None Listed

**7:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

| **Address** | **Dates** | **Phone** |
|---|---|---|
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 9/1996 - 4/2009 | |

**Census Data for Geographical Region**
Median Head of Household Age: 29

Median Income: $63,010
Median Home Value: $124,856
Median Education: 12 years
**Household Members**
None Listed
**Other Associates**
None Listed

**8:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Address**                                                                 **Dates**            **Phone**
▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
**Census Data for Geographical Region**
Median Head of Household Age: 46
Median Income: $103,343
Median Home Value: $193,519
Median Education: 15 years
**Household Members**
None Listed
**Other Associates**
None Listed

**9:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Address**                                                                 **Dates**            **Phone**
▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
**Household Members**
None Listed
**Other Associates**
None Listed

**10:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Address**                                                                 **Dates**            **Phone**
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
**Census Data for Geographical Region**
Median Head of Household Age: 28
Median Income: $41,235
Median Home Value: $0
Median Education: 15 years
**Household Members**
None Listed
**Other Associates**
None Listed

**Voter Registrations - 0 records found**
**Driver Licenses - 3 records found**

**1: Texas Driver License**

                            **Driver Information**
             **Name:**  VELGI, MINEZ CASSAMO

         **Address:**  ▮▮▮▮▮▮▮▮▮▮▮▮▮
                     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                     ▮▮▮▮▮▮▮▮▮▮▮
  **Data source:**  Governmental: TX
                              **Personal Information**
              **SSN:**  ▮▮▮▮▮▮▮▮▮

**DOB:** ▮

**License Information**

**Issue Date:** 09/30/1991

**Additional Driver Information**

**DOB:** ▮
**History:** Current

**2: Texas Driver License**

**Driver Information**
**Name:** VELGI, MINEZ CASSAMO

**Address:** ▮

**Data source:** Governmental: TX

**Personal Information**
**SSN:** ▮
**DOB:** ▮

**License Information**
**License Type:** RENEWAL

**Additional Driver Information**
**DOB:** ▮
**History:** Historical

**3: Texas Driver License**

**Driver Information**
**Name:** VELGI, MINEZ C

**Address:** ▮

**Data source:** Non-Governmental: TX

**Personal Information**
**SSN:** ▮
**DOB:** ▮

**Additional Driver Information**
**DOB:** ▮

**Professional Licenses - 0 records found**
**Health Care Providers - 0 records found**
**Health Care Sanctions - 0 records found**
**Pilot Licenses - 0 records found**
**Sport Licenses - 0 records found**
**Weapon Permits - 0 records found**
**Real Property - 0 records found**
**Motor Vehicle Registrations - 2 records found**

**1: TX MVR**

**Registrant Information**
**Registrant:** CASSAMO VELGI, MINEZ

**DOB:** ▮
**Address:** ▮

**Registration Information**
**Original Registration Date:** 8/15/1997

**Registration Date:** 8/15/1997
**Registration Expiration Date:** 6/30/1998

### Vehicle Information
**VIN:** 1HGEC453XHA005933
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 1987
**Make:** Honda
**Model:** Civic
**Series:** 1.5
**Body Style:** Sedan 4 Door

### Plate Information
**License Plate Type:** Private
**Previous Plate Number:** 738WWW
**Previous Plate State:** TX
**License Plate Number:** 738WWW
**Plate State:** TX

### Source Information
**Data Source:** GOVERNMENTAL

**2: TX MVR**

### Vehicle Information
**VIN:** 1HGEC453XHA005933
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 1987
**Make:** Honda
**Model:** Civic
**Series:** 1.5
**Body Style:** Sedan 4 Door

### Owner Information
**Name:** CASSAMO VELGI, MINEZ
**DOB:** ███
**Address:** ███

### Title Information
**Title Number:** 00022200051005958
**Title Transfer Date:** 8/15/1997
**Title Issue Date:** 8/3/1998

### Source Information
**Data Source:** GOVERNMENTAL

**Boats - 0 records found**
**Aircraft - 0 records found**
**Bankruptcy Information - 0 records found**
**Judgments/Liens - 0 records found**
**UCC Liens - 0 records found**
**Fictitious Businesses - 0 records found**
**Notice Of Defaults - 0 records found**
**Potential Relatives - 0 records found**
**Business Associates - 0 records found**
**Person Associates - 2 records found**

| No. | Full Name | Address | SSN | Phone | DOB |
|-----|-----------|---------|-----|-------|-----|
| 1: | CALDAS, GIANNA F<br>SENA, GIANNA F<br>DE SENA, GIANNA FILIZOLA<br>DESENA, GIANNA FILIZOLA<br>DESENA FERRIS, GIANNA F<br>FERRIS, GIANNA FILIZOLA<br>DE SENA FERRIS, GIANNA F<br>FERRIS, GIANA | ███ | ███ | ███ | ███ |



| No. | Full Name | Address | SSN | Phone | DOB |
|---|---|---|---|---|---|
| | DE SENA, GIANNA D<br>DE-SENA-FERRIS, GIANNA F<br>DE-SENA, GIANNA FILIZOLA<br>DESENA CALDAS, GIANNA FILIZOLA<br>DESENAFERRIS, GIANNA F<br>CALDAS, GINNA S | ■ | | | |
| 2: | FERRIS, VALDECIR LOURENCO<br>FERRIS, VALDECIR LOURCENOC<br>LOURENCO, FERRIS VALDECIR<br>FERRIS, V<br>VALDECIR, VAL<br>FERRIS, BALDECIR LOURENCO<br>FERRIS, VALDECIR LOURNCO | ■ | | ■ | ■ |

**Neighbors - 5 records found**
2005 ■

| Name | Address | Phone |
|---|---|---|
| MONTES, ALAN | ■ | ■ |
| MONTES, CHRISTINA C | ■ | |
| MONTES, DAVID ANTHONY | | |
| MONTES, PIO S | | |
| | | |
| ARTICA, JANIER | ■ | |
| BECERRIL, MARCO A | ■ | |
| | | |
| SMITH, DEBBIE G | ■ | ■ |
| SMITH, TEDDY JAMES | ■ | |
| | | |
| GARCIA, ROSE | ■ | |
| SIMS, JAMIE LEIGH | ■ | |
| | | |
| COMMON, STEPHEN PHILIP | ■ | ■ |
| POSTON, JEANNE JONAS | ■ | |

**Employment Locator - 0 records found**
**Criminal Filings - 6 records found**
**1: Texas Court Report**

**Offender information**
**Name:** VELGI, MINEZ CASSAMO
**Address:** ■

          **Case Number:** M-9934171
**Case Filing Date:** 12/06/1999
                **County:** DALLAS
                    **DOB:**
                    **Race:** WHITE
                      **Sex:** Male

### Offenses

        **Case Filing Date:** 12/06/1999
            **Offense Date:** 11/28/1999
              **Arrest Date:** 11/28/1999
      **Arresting Agency:** TX0571500
      **Court Description:** CRIMINAL COUNTY COURT 10
            **Case Number:** M-9934171
           **Court Offense:** ASSAULT
      **Court Disposition:** PLEA OF NOT GUILTY, FOUND GUILTY BY THE
**Court Disposition Date:** 01/14/2000
    **Court Level/Degree:** MISDEMEANOR CLASS A
          **Sentence - Jail:** Max: 180 Days

### Court Activity

[NONE FOUND]

**2: Texas Court Report**

### Offender information

                     **Name:** VELGI, MINEZ CASSAMO
               **Address:**
          **Case Number:** M-9906360
**Case Filing Date:** 04/20/1999
                **County:** DALLAS
                    **DOB:**
                    **Race:** WHITE
                    **Sex:** Male

### Offenses

        **Case Filing Date:** 04/20/1999
            **Offense Date:** 09/30/1998
      **Arresting Agency:** TX0570001
      **Court Description:** CRIMINAL COUNTY COURT 5
            **Case Number:** M-9906360
           **Court Offense:** THEFT CK 20
      **Court Disposition:** CHARGE DISMISSED.
**Court Disposition Date:** 08/18/1999
    **Court Level/Degree:** MISDEMEANOR CLASS B

### Court Activity

[NONE FOUND]

**3: Texas Court Report**

### Offender information

                     **Name:** VELGI, MINEZ C
               **Address:**
          **Case Number:** M-98B7762
**Case Filing Date:** 10/19/1998
                **County:** DALLAS

### Offenses

**Offense #1**

| | |
|---|---|
| Case Filing Date: | 10/19/1998 |
| Offense Date: | 05/07/1998 |
| Arresting Agency: | TX0571000 |
| Court Description: | CRIMINAL COURT OF APPEALS 1 |
| Case Number: | M-98B7762 |
| Court Offense: | SPD 50/35 |
| Court Disposition: | NO FINDING OF GUILT (DISMISSAL TYPE) |
| Court Disposition Date: | 08/20/1999 |
| Court Level/Degree: | MISDEMEANOR CLASS C |

**Offense #2**

| | |
|---|---|
| Case Filing Date: | 10/19/1998 |
| Offense Date: | 05/07/1998 |
| Arresting Agency: | TX0571000 |
| Court Description: | CRIMINAL COURT OF APPEALS 1 |
| Case Number: | M-98B7762 |
| Court Offense: | SPD 50/35 |
| Court Disposition: | NONADJUDICATION OF GUILT (AGREED PLEA) |
| Court Disposition Date: | 07/21/1999 |
| Court Level/Degree: | MISDEMEANOR CLASS C |
| Sentence - Probation: | Max:30 Days |

**Court Activity**

[NONE FOUND]

## 4: Texas Court Report

**Offender information**

| | |
|---|---|
| Name: | VELGI, MINEZ CASSAMO |
| Address: | ▓ |
| Case Number: | M-97B3443 |
| Case Filing Date: | 10/31/1997 |
| County: | DALLAS |

**Offenses**

| | |
|---|---|
| Case Filing Date: | 10/31/1997 |
| Offense Date: | 03/24/1997 |
| Arresting Agency: | TX0572001 |
| Court Description: | CRIMINAL COURT OF APPEALS 1 |
| Case Number: | M-97B3443 |
| Court Offense: | SPD 52/35 |
| Court Disposition: | PLEA OF NOT GUILTY, FOUND INNOCENT OF CH |
| Court Disposition Date: | 04/30/1998 |
| Court Level/Degree: | MISDEMEANOR CLASS C |

**Court Activity**

[NONE FOUND]

## 5: Texas Court Report

**Offender information**

| | |
|---|---|
| Name: | VELGI, MINEZ CASSAMO |
| Address: | ▓▓▓ |
| Case Number: | CR-96-06825-B |
| Case Filing Date: | 08/19/1996 |
| Case Type: | ADULT MISDEMEANOR |
| County: | DENTON |
| DOB: | ▓ |

**Offenses**

Case Filing Date: 08/19/1996
Offense Date: 07/13/1996
Court Description: COUNTY CRIMINAL COURT #3
Case Number: CR-96-06825-B
Court Offense: FAL ALARM OR REPORT
Court Plea: NOLO CONTENDERE
Court Statute: 42.06(A) PC
Court Disposition: NOLO CONTENDERE
Court Disposition Date: 10/27/1997
Court Level/Degree: MISDEMEANOR A

**Court Activity**

[NONE FOUND]

**6: Texas Court Report**

**Offender information**

Name: VELGI, MINEZ CASSAMO
Names Associated with Suspect: VELGI, MINEZVELGI, MINEZ C
Address: ▮
Case Number: M-9934171
DOB: ▮
Race: WHITE
Sex: Male
Eyes: BROWN
Hair: BLACK
Height: 6'0"
Weight: 175 lbs.

**Offenses**

Offense Date: 11/28/1999
Arrest Date: 11/28/1999
Arresting Agency: IRVING PD
Court Description: TX057373J - COUNTY CRIMINAL COURT NO 10
Case Number: M-9934171
Court Offense: NOT SPECIFIED
Court Disposition: CONVICTED Status:COURT PHASE
Court Disposition Date: 01/14/2000
Court Fine: $500
Court Level/Degree: MISDEMEANOR CLASS A
Court Costs: $310
Sentence - Jail: Max: 180 Days

**Court Activity**

[NONE FOUND]

**Sexual Offenders - 0 records found**
**Cellular & Alternate Phones - 0 records found**
**Utility Information - 0 records found**
**Possible Education - 1 records found**
1:

**Student Information**

Name: VELGI, MINEZ
SSN: ▮
DOB: ▮
LexID(sm): 000396206756
First Reported: 10/19/2005
Last Reported: 01/19/2021
High School Graduation Year: 1990
Phone: None Listed
Address: ▮

IRVING, TX 75063-6491
**Currently a Student?** YES
**Attended High School:** YES
**Years Since High School Graduation:** 31

**Sources - 30 records found**

| | |
|---|---:|
| **All Sources** | 30 Source Document(s) |
| **Criminal** | 6 Source Document(s) |
| **Driver Licenses** | 3 Source Document(s) |
| **Historical Person Locator** | 14 Source Document(s) |
| **Motor Vehicle Registrations** | 4 Source Document(s) |
| **Person Locator 2** | 3 Source Document(s) |

Key

🔺 High Risk Indicator. These symbols may prompt you to investigate further.

🚩 Moderate Risk Indicator. These symbols may prompt you to investigate further.

🚩 General Information Indicator. These symbols inform you that additional information is provided.

✓ The most recent telephone listing as reported by the EDA source.

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your GLBA Permissible Use: I have no permissible use

Copyright© 2021 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

---

**End of Document**