IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSEPH FRIEDHEIM, IASMIN FRIEDHEIM, and JF SOLUTIONS LTD.  *Plaintiffs/Intervention Defendants,* | § § § § | |
| v. | § § | Civil Action No. 4:20-cv-335 |
| THOMAS HOEBER  *Defendant,* | § § § | |
| HÖEBER MEDIA, LLC  *Intervenor Plaintiff/Counter-Defendant* | § § | |

## ORDER DENYING PLAINTIFFS' MOTION TO PERMIT WITNESSES TO APPEAR VIA VIDEO CONFERENCE

Before the Court is Plaintiffs' Motion to Permit Witnesses to Appear via Video Conference filed on August 27, 2021 [ECF 63]. Having considered motion, response, record of the case, and relevant law, the Court finds that the motion is not well taken and should be **DENIED**.

It is **ORDERED** that Plaintiffs' Motion to Permit Witnesses to Appear via Video Conference is **DENIED**.

So **ORDERED** on _____, 2021.

_____
UNITED STATES DISTRICT JUDGE