IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSEPH FRIEDHEIM, IASMIN FRIEDHEIM, and JF SOLUTIONS, LTD., | § § § § | |
| Plaintiffs/Counter-Defendants, | § § | |
| v. | § § | Civil Action No.  4:20-cv-0335-O |
| THOMAS HOEBER, | § § § | |
| Defendant, | § § | |
| HÖEBER MEDIA, LLC, | § § § | |
| Defendant/Intervenor-Plaintiff. | § | |

# ORDER

On September 17, 2021, the Court ordered the parties to submit a Notice of Potential Trial Dates (ECF No. 80). On September 24, 2021, the parties submitted a Joint Notice of Potential Trial Dates (ECF No. 81). Having considered the parties' proposed dates, the Court **SCHEDULES** this case for trial beginning **November 1, 2021** at **9:00 am** in the **Second Floor Courtroom** of the **Federal Courthouse** in **Fort Worth**. The Court further **ORDERS** that the parties shall submit amended pretrial filings by **October 7, 2021**.

**SO ORDERED** this **2nd day** of **October 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE