IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSEPH FRIEDHEIM, IASMIN FRIEDHEIM, and JF SOLUTIONS LTD.<br>   *Plaintiffs/Intervention Defendants,*<br>v.<br><br>THOMAS HOEBER<br>   *Defendant,*<br><br>HÖEBER MEDIA, LLC<br>   *Intervenor Plaintiff/Counter-Defendant* | §§§§§§§§§§§ | Civil Action No. 4:20-cv-335 |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO SUBMIT AMENDED PRETRIAL FILINGS**

Defendants Thomas Hoeber and Höeber Media, LLC, file this Unopposed Motion to Extend Deadline to Submit Amended Pretrial Filings and in support would respectfully show the following:

1. This case is currently set for trial on November 1, 2021. Pursuant to the Court's October 2, 2021 Order [ECF 85], the deadline for submitting amended pretrial filings is October 7, 2021.

2. Lead trial counsel for Defendants is arguing in front of the Fifth Circuit Court of Appeals on October 7, 2021. This will require him to spend the days before October 7, 2021 preparing and traveling to Louisiana for the oral argument and then traveling back later on the 7th. Therefore, Defendants respectfully request that the deadline for submitting amended pretrial filings be extended to October 14, 2021.

3. Counsel for Plaintiffs supports this extension.

4. For these reasons, the Defendants respectfully request that the deadline for submitting amended pretrial filings be extended to October 14, 2021.

Dated:  October 4, 2021                                            Respectfully submitted,


                                       /s/ Brian Casper
                                       Darin M. Klemchuk
                                       Attorney-in-Charge
                                       Texas State Bar No. 24037685
                                       darin.klemchuk@klemchuk.com
                                       Brian Casper
                                       Texas Bar No. 24075563
                                       brian.casper@klemchuk.com
                                       Christian Cowart
                                       Texas Bar No. 2410578
                                       christian.cowart@klemchuk.com
                                       KLEMCHUK LLP
                                       8150 N. Central Expressway, 10th Floor
                                       Dallas, Texas 75206
                                       Telephone: 214.367.6000
                                       Facsimile: 214.367.6001
                                       ATTORNEYS FOR DEFENDANTS

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on October 4, 2021, counsel for the parties discussed the contents of the above and foregoing motion and counsel for Plaintiffs expressed that Plaintiffs would also like the extension.


                                       /s/ Brian Casper
                                       Brian Casper

### CERTIFICATE OF SERVICE

The undersigned certifies that this document has been served on October 4, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.


                                       /s/ Brian Casper
                                       Brian Casper