IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSEPH FRIEDHEIM, IASMIN FRIEDHEIM, and JF SOLUTIONS, LTD., | § § § § | |
| Plaintiffs/Counter-Defendants, | § § | |
| v. | § § | Civil Action No.  4:20-cv-0335-O |
| THOMAS HOEBER, | § § § | |
| Defendant, | § § | |
| HÖEBER MEDIA, LLC, | § § § | |
| Defendant/Intervenor-Plaintiff. | § | |

## ORDER

Before the Court is Defendants' Amended Motion in Limine (ECF No. 90), filed October 14, 2021. To facilitate resolution of Defendants' Motion, the Court **ORDERS** that Plaintiffs' Response, if any, is due on or before October 27, 2021. Defendants' Reply, if any, is due within 24 hours of Plaintiffs' Response.

**SO ORDERED** this **25th day** of **October 2021**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**