IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSEPH FRIEDHEIM, IASMIN FRIEDHEIM, and JF SOLUTIONS, LTD., | § § § § | |
| Plaintiffs/Counter-Defendants, | § § | |
| v. | § § | Civil Action No.  4:20-cv-0335-O |
| THOMAS HOEBER, | § § § | |
| Defendant, | § § § | |
| HÖEBER MEDIA, LLC, | § § § | |
| Defendant/Intervenor-Plaintiff. | § | |

## ORDER

Jury selection in this case will begin at **9:00 AM** in the **Second Floor Courtroom** of the **Federal Courthouse in Fort Worth**. Plaintiffs will have ten hours to present their case and cross examine witnesses.  Defendant and Defendant/Intervenor-Plaintiff will share ten hours to present their case and cross examine witnesses.

**SO ORDERED** this **26th day** of **October 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE