IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOSEPH FRIEDHEIM, IASMIN FRIEDHEIM, and JF SOLUTIONS LTD.  *Plaintiffs/Intervention Defendants,*  v.  THOMAS HOEBER  *Defendant,*  HÖEBER MEDIA, LLC  *Intervenor Plaintiff/Counter-Defendant* | Civil Action No. 4:20-cv-335 |

### 2ND DECLARATION OF BRIAN CASPER IN SUPPORT OF DEFENDANTS' BRIEF IN SUPPORT OF ATTORNEYS' FEE AWARD

1. My name is Brian Casper. I am over 18 years of age, of sound mind, and capable of making this declaration. The facts stated herein are within my personal knowledge and are true and correct.

2. I have reviewed the billing records and calculated the expense for the following pleadings:

| Pleading: | Attorney Hours | Paralegal Hours | Total Cost |
|---|---|---|---|
| Motions to Dismiss and Reply Briefs | 43.6 | 2.3 | $18,118.50 |
| Motion for Summary Judgment and Reply | 80 | 20.1 | $38,090.10 |
| Response to Motion to Amend | 22.1 | 3.3 | $9,091.00 |
| Objection and Response to Motion for leave to file Sur-reply | 6.2 | .7 | $2,474.00 |
| | | Total: | $67,773.60 |

3.     While the attorney hours in the chart above are combined, the total cost was calculated using each biller's individual standard rates.

4.     I have also gone through the billing records and calculated the paralegal and attorney's fees expended in the preparation for and taking of the depositions. These fees, when calculated at each biller's individual standard rates equaled $26,183.00.

5.     Finally, I have updated the billing records to reflect the work completed as of March 25, 2022 which includes the time spent drafting the Motion for Attorneys' Fees and the Reply Brief. The new totals are as follows:

| Timekeeper | Customary Rate | Hours Worked | Lodestar Amount |
|---|---|---|---|
| Darin Klemchuk | $ 595.00 | 45.9 | $ 27,310.50 |
| Brian Casper | $ 425.00 | 731.9 | $ 311,057.50 |
| Mandi Phillips | $ 412.00 | 68 | $ 28,016.00 |
| Christian Cowart | $ 325.00 | 33.4 | $ 10,855.00 |
| Tynan Edwards | $ 250.00 | 16.7 | $ 4,175.00 |
| Gail Ashby | $ 195.00 | 503.4 | $ 98,136.00 |
| Claudia Alvarado | $ 205.00 | 24.3 | $ 4,981.50 |
| | | Total: | $ 484,531.50 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on March 25, 2022.

/s/ Brian Casper
Brian Casper