UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSEPH FRIEDHEIM, | § | |
| IASMIN FRIEDHEIM, and | § | |
| J.F. SOLUTIONS LTD., | § | |
|    *Plaintiffs/Counter-Defendants* | § | |
| v. | § | |
| | § | Civil Action No. 4:20-cv-335 |
| THOMAS HOEBER, and | § | |
|    *Defendant/Counter-Plaintiffs* | § | |
| HÖEBER MEDIA, LLC, | § | |
|    *Defendant/Intervenor* | § | |

## PLAINTIFFS' OBJECTIONS TO AMENDED BILL OF COSTS

J.F. Solutions Ltd. ("JFS"), Joseph Friedheim, and Iasmin Friedheim ("Plaintiffs") herein renew their objections to the Amended Bill of Costs (ECF No. 122) filed March 21, 2022, by Defendants Thomas Hoeber and Hoeber Media, LLC ("Defendants").

1. In response to Plaintiffs' objections to the original Bill of Costs (ECF No. 119), Defendants filed the Amended Bill, which addressed one of Plaintiffs' Objections, the math error.

2. Out of an abundance of caution, Plaintiffs now file these objections to clarify for the Court that Plaintiffs continue to object to the Amended Bill, based on the issues with the Original Bill of Costs (ECF No. 118) that were not addressed by the Amended Bill. Accordingly, For the reasons stated in Plaintiff's Original Objections to Bill of Costs, Plaintiffs continue to object to the Amended Bill of Costs and request:

   a. The Court should reduce the Bill by **$5,149.30** to reflect the removal of eighteen specific items that should be excluded as costs; and

   b. The Court should reduce the Bill by **$3,473** or otherwise adjust the Bill to reflect a more reasonable amount for printing fees.

1

/s/ Warren V. Norred
Warren V. Norred, Texas Bar No. 24045094, wnorred@norredlaw.com
NORRED LAW, PLLC; 515 E. Border Street; Arlington, Texas 76010
Tel. (817) 704-3984; Fax. (817) 524-6686
*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE - I certify that the above was served on all parties seeking service via the Court's e-file system on April 4, 2022. - /s/Warren V. Norred